# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| **NICKOLAS PEREZ, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**LONGWOOD INDUSTRIES, INC. a/k/a AUTO MARKETING SYSTEMS,**<br><br>Defendant. | Case No: 2:13-cv-00753-GMN-PAL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS' CLAIMS** |

The Court, having read and considered the Joint Motion to Dismiss Plaintiff's Individual Claims With Prejudice And The Putative Class Members' Claims Without Prejudice, and good cause appearing, hereby **ORDERS** as follows:

1. The above-captioned action is dismissed **WITH prejudice** as to Plaintiff's individual claims;

2. The above-captioned action is dismissed **WITHOUT prejudice** as to claims of the putative class members; and,

3. The Court dismisses the action in its entirety with the parties to bear his/their own costs and fees with respect to this action.

**DATED** this 14th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court